For plaintiff: Edward H. Ziegler, C. A. Kelley.

For defendant: Elmer S. Chace, C. I. Munroe.

James E. F. Henry
vs.
Ralph B. Lohnes
} W. C. A. No. 1036.

June 20, 1930.

BAKER, J. Heard on the request of a physician for an allowance for services.

The only question raised relates to the reasonableness of the charge. For the petitioner, he himself and the injured man testified. No evidence was produced by the respondent. The man injured received a rather severe cut on the upper portion of the left eyelid. The petitioner treated him between the dates of February 28, 1929, and April 7, 1929. The bill, as it stands on the petitioner's books, amounts to something over $100, but in the petition he is asking for the latter sum as reasonable for the services rendered. The charges were made at the rate of $5 for the first visit and $2 for each subsequent visit, all the treatments being at petitioner's office.

In the opinion of the Court no fault can be found with the reasonableness of the individual charges for the first or subsequent visits. The difficulty about this case is that the petitioner treated the injured man a great many times and on several occasions twice in one day. The Court is satisfied that ordinarily an injury of the type involved in this case would not require the amount of treatment rendered here and undoubtedly one's first impression would be that a charge of $100 for curing such an injury is not reasonable.

It appears from the facts in this case, however, that the cut became badly infected and that blood-poisoning followed. Apparently the petitioner removed a large amount of pus from the wound at numerous times and felt that it was necessary to wash it and dress it frequently. It should also be borne in mind that the injury was in a somewhat dangerous location.

In view of these facts, which perhaps make the case somewhat exceptional in connection with the frequency of the treatments necessary, and also taking into consideration that the respondent offered no testimony covering the points involved, the Court is of the opinion that it would not be justified in arbitrarily reducing the amount for which the petitioner is asking. Apparently he performed the services as claimed and in his judgment they were necessary.

Decision for petitioner for $100.

For petitioner: Fergus J. McOsker.

For respondent: Huddy & Moulton, Stuart H. Tucker.